**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HYPERCUBE, LLC : |  '08 CIV 7428 |
| and : | |
| HYPERCUBE TELECOM, LLC : | ECF CASE |
| Plaintiffs, : | Civil Action No. |
| v. : | |
| COMTEL TELCOM ASSETS LP : | AUG 21 2008 |
| D/B/A EXCEL TELECOMMUNICATIONS : | U.S.D.C. S.D. N.Y. |
| Defendant. : | CASHIERS |

### Rule 7.1 Statement:

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for Hypercube, LLC ("Hypercube") and Hypercube Telecom,

LLC ("Hypercube Telecom") certifies that Hypercube and Hypercube Telecom are private

companies. Hypercube Telecom is a wholly-owned subsidiary of Hypercube. Hypercube has no

parent and no other subsidiaries or affiliates. Hypercube Telecom has no subsidiaries or

affiliates.

August 21, 2008.

Respectfully submitted,

ROBINSON & MCDONALD LLP

By: _____
Jayne S. Robinson
61 Broadway
Suite 1415
New York, NY 10006
Telephone: (212) 953-3888